■ In the Matter of the Accounting of JOHN W. EVANS, as Committee of the Person and Property of EARL F. EVANS, an Incompetent Person, Now Deceased, Appellant. GRACE A. POKRANDT et al., as Administrators of the Estate of EARL F. EVANS, Deceased, Respondents.— Judgment unanimously modified in accordance with the memorandum and as modified affirmed, with a single bill of costs to be divided equally between the parties filing briefs and their respective disbursements to be paid out of the estate. Memorandum: In our opinion a proper allowance to the committee for services as committee of the person and property is the sum of $2,000 and the allowance made by Special Term should be reduced to that amount. We are of the further opinion that the allowances made to the attorneys were excessive and such allowances are reduced to the sum of $1,750 to Milton S. Weisberg and Robert W. Marshlow for their services for the committee and the sum of $1,000 to William J. Ostrowski for services to the objectors. (Cross appeals from judgment of Erie Supreme Court judicially settling the accounts of the committee.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ ANNISE B. FITZSIMMONS, Appellant, v. UNITED STATES FIRE INSURANCE COMPANY, Respondent.— Order unanimously affirmed, with $25 costs and disbursements. (Appeal from order of Steuben Special Term dismissing plaintiff's amended complaint on motion by defendant.) Present — Bastow, J. P., Goldman, Halpern and McClusky, JJ. [16 Misc 2d 972.]

■ FRANK BONOMO & COMPANY, INC., Respondent, v. TRANS. SUPPLY & MANAGEMENT, INC., Appellant. (And Five Other Actions.) — Order unanimously affirmed, with $25 costs and disbursements. (Appeal from order of Oneida Special Term denying defendant's motion to vacate service of process in each action.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ MARINE TRUST COMPANY OF WESTERN NEW YORK, Respondent, v. JOHN L. COLLINS et al., Appellants.— Order unanimously affirmed, with $25 costs and disbursements. (Appeal from order of Erie Special Term denying defendants' motion to vacate a notice of examination before trial.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.